**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Rosario JAIMES YANEZ, Defendant–Appellant.**

**No. 12–41089 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 16, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Rosario Jaimes Yanez raises arguments that he concedes are foreclosed by *United States v. Newson,* 515 F.3d 374, 377–78 (5th Cir.2008), which held that the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Government may decline to move for an additional one-point reduction under United States Sentencing Guidelines § 3E1.1(b) based on the defendant's refusal to waive his right to appeal. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.